AO 440 (Rev. 10/93)

**RECEIPT FOR PAYMENT**
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 643446

RECEIVED FROM Helen Dalten

08CV2058

Complaint

D38

ULPIANO ORT
and on behalf c

LEADING BUIL
and EDGAR L(

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U S Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
INVOICE #59244
DATE\TIME: 2/29/2008 12:51:43 PM
CASHIER: LATECIA
STATION: 01
================================================
1  COMPLAINT 4/06           $350.00
     086900    $60.
     510000    $190.00
     086400    $100.00
================================================
   GRAND TOTAL              $350.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn

YOU AI

DEPUTY CLERK

d address)

DATE:
_____ 20 ___ | Cash | Check | M O | Credit |

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE   FEB 29 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ in a civil case | March 4, 2008 at 12:50 PM |
| NAME OF SERVER (PRINT) Charles Kastner | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: c/o Aerobeep & Voicemail Service, Inc. 244 Fifth Avenue, 2nd fl. Box 284, New York, NY 10001 (Private Mail Box Location)

Leading Building Services, Inc.

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kiris Taneja - Managing Agent, Auth. to Accept

Desc: Light Brown Female, Black Hair, 30 yrs., 5'4, 125 lbs.

[ ] Returned unexecuted:   also mailing a copy 3/5/08

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 5, 2008
                   Date

Signature of Server

Charles Kastner - #957455
Valley Stream, NY

Address of Server

LYNN M. TRANQUELLINO
Notary Public State of New York
No. 95031219
Qualified in Nassau County
Commission Expires August 1, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dalton#26-L0014
Case #08 CV 02038
2/29/08

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ in a civil Case

DATE: March 25, 2008 at 6:27 PM

NAME OF SERVER (PRINT): Robert M. Serkes

TITLE: Process Server

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: 85-34 54th Avenue, Elmhurst, NY 11373
Leading Building Services, Inc.

[xx] Left copies thereof at the defendant's dwelling house ~~usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Edgar Lopez, Managing Agent, Auth. to Accept
Desc: White Male, Gray Hair, 50-55 yrs., 5'10, 220 lbs.

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008

Signature of Server: Robert M. Serkes - #871450
Address of Server: Garden City S., NY

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Dalton #26-L0014
Case #08 CV 02038
2/29/08

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ in a civil case | March 25, 2008 at 6:27 PM |
| NAME OF SERVER (PRINT)  Robert M. Serkes | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant   Place where served: 85-34 54th Avenue, Elmhurst, NY 11373
     Edgar Lopez, an individual

[xx] Left copies thereof at the defendant's dwelling house ~~or usual place of abode~~ with a person of suitable age and discretion then residing therein
     Name of person with whom the summons and complaint were left: Edgar Lopez, an individual- Personally
     Desc: White Male, Gray Hair, 50-55 yrs., 5'10, 220 lbs.

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 26, 2008
                    Date

Signature of Server
Robert M. Serkes - #871450
Garden City S., nY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure