Margaret Mayora, Esq. (MM3693)
Law Office of Margaret Mayora
20 Bay Street Landing, Suite 1H
Staten Island, New York 10301
Tel: (718) 554-0482
Fax: (718) 887-8570

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
ULPIANO ORTIZ on his own behalf
and on behalf of others similarly situated,

        Plaintiffs,        08-CV-02038 (RJS)

v.

LEADING BUILDING SERVICES, INC.,
And EDGAR LOPEZ, an individual,

        Defendants.
---------------------------------------------

**NOTICE OF APPEARANCE**

    Please be advised that Margaret Mayora, Esq. respectfully appears in this action on behalf of defendants Leading Building Services, Inc. and Edgar Lopez.

Dated:    Staten Island, New York
          April 11, 2008

          /s/
          _____
          Margaret Mayora, Esq.
          **Law Office of Margaret Mayora**
          20 Bay Street Landing, Ste. 1H
          Staten Island, NY 10301
          (718) 554-0482

To:    (By Email [PDF] & Regular Mail)
       Roman Avshalumov (RA 5508)
       Helen F.Dalton & Associates, PC
       69-12 Austin Street
       Forest Hills, New York 11375