MARGARET MAYORA
ATTORNEY AT LAW
20 BAY STREET LANDING, SUITE 1H
STATEN ISLAND, N.Y. 10301
MAYORALAW@JUNO.COM

TEL: (718) 554-0482

FAX: (718) 887-8570

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

April 11, 2008



**VIA HAND DELIVERY & FIRST CLASS MAIL**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   Ortiz v. Leading Building Services, Inc., et al, 08-CV-02038 (RJS), (SDNY)

Dear Judge Sullivan:

I represent defendants Leading Building Services, Inc. and Edgar Lopez in this action. I am writing to respectfully request an adjournment to answer or otherwise move with respect to plaintiff's complaint. I have conferred with counsel for plaintiff, and he and I have consented to a brief extension until Monday, April 21, 2008.

Thank you for your time and attention in this matter.

Respectfully,

Margaret Mayora

c:   Roman Avshalumov, Esq. (RA 5508)
     Helen Dalton & Associates, PC
     69-12 Austin Street
     Forest Hills, New York, 11375

SO ORDERED
Dated: 4/15/08
RICHARD J. SULLIVAN
U.S.D.J.