**LAW OFFICE OF MARGARET MAYORA**
20 BAY STREET LANDING, SUITE 1H
STATEN ISLAND, NEW YORK 10301

TEL: (718) 554-0482                               FAX: (718) 887-8570

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

May 16, 2008

**VIA FACSIMILE**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

        Re:    Request for Pre-Motion Conference
                  Ortiz v. Leading Building Services, Inc., et al
                  08-CV-02038 (RJS), (S.D.N.Y.)

Dear Judge Sullivan:

On behalf of the parties in this action, I am writing to respectfully request an adjournment of the May 20, 2008 deadline for submission of the status letter and Case Management Plan and Order. That date is also the deadline established by Your Honor at the pre-motion conference for filing the Answer, and the parties respectfully request an adjournment of that deadline as well.

The parties have conferred and consented to an adjournment until Tuesday, June 3, 2008 in order to attempt a settlement of the case.

Thank you for your kind attention.

                                                            Respectfully,

                                                             Margaret Mayora

c:    (By Facsimile):
      Roman Avshalumov, Esq. (RA 5508)
      Helen Dalton & Associates, PC
      69-12 Austin Street
      Forest Hills, New York, 11375

**SO ORDERED**
Dated: 5/20/08
RICHARD J. SULLIVAN
U.S.D.J.